FILED

2017 FEB -9 PM 3:11

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | |
| | ) | CASE NO. 1 17 CR 0057 |
| v. | ) | |
| | ) | Title 18, Section 641, United |
| LEON PINCKNEY, | ) | States Code; Title 42, Section |
| | ) | 408(a)(7)(A), United States Code |
| Defendant. | ) | |

JUDGE BOYKO

Count 1:  Theft of Government Property

The United States Attorney charges:

From in or around July 2005, and continuing until in or around February 2016, in the Northern District of Ohio, Eastern Division, LEON PINCKNEY, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, and without authority dispose of property of the United States exceeding $1,000.00 in value belonging to the United States Department of Veterans Affairs, an agency of the United States, to wit:  Veterans Affairs Pension Benefits, in the amount of approximately $205,534.80, in violation of Title 18, Section 641, United States Code.

Count 2:  Social Security Fraud

The United States Attorney further charges:

On or about October 11, 2012, in the Northern District of Ohio, Eastern Division, LEON PINCKNEY, in a matter within the jurisdiction of the Social Security Administration, did

willfully, knowingly, and with the intent to deceive and obtain a thing of value, use Social Security number XXX-XX-2269, assigned to Defendant by the Commissioner of Social Security, having obtained that Social Security Account Number on the basis of false information furnished by the Defendant to the Commissioner of Social Security.

Specifically, Defendant provided Social Security Number XXX-XX-2269 in his application for Social Security Disability Benefits in order to obtain benefits payments, knowing that said number had been obtained through his submission of an application to the Commissioner of Social Security for a second Social Security Number, in which he had falsely denied that he had previously applied for and been granted another Social Security Number, in violation of Title 42, Section 408(a)(7)(A), United States Code.

CAROLE S. RENDON<br>
United States Attorney<br>
<br>
By: <i>[signature]</i><br>
EDWARD F. FERAN<br>
Chief, Major and Organized Crime Unit